# <u>EXHIBIT A</u>

## Misclassified Claims

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | Claim Classification Status | Modified Claim Amount and/or Classification Status | (4) Reason for Reclassification or Disallowance |
|---|---|---|---|---|---|
| Angelina Morales-Perez | 192 | $467,571.73 | Secured | General Unsecured Claim | The Debtors do not own the real estate at issue which allegedly secures this claim. The claim should therefore be recategorized as a GUC. |
| Audas, Shirley M | 82 | Unliquidated | Secured | General Unsecured Claim | The Debtors do not own the real estate at issue which allegedly secures this claim. The claim should therefore be recategorized as a GUC. |
| Bella Place Trust | 332 | $289,659.00 | Secured | Disallow | The claim does not match the Debtors' books and records, which reflect no liability. The Debtors do not own the Real Estate (as defined in the mechanic's lien attached to the claim) nor are the Debtors a party to the alleged Contract (as defined in the mechanic's lien attached to the claim) for services. |
| Bella Place Trust | 333 | $289,659.36 | Secured | Disallow | The claim does not match the Debtors' books and records, which reflect no liability. The Debtors do not own the Real Estate (as defined in the mechanic's lien attached to the claim) nor are the Debtors a party to the alleged Contract (as defined in the mechanic's lien attached to the claim) for services. |
| Elysian Fields ISD | 291 | $355.23 | Secured | Disallow | The claim does not match the Debtors' books and records, which reflect no liability. The Debtors are not aware of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | owning property connected with this tax account. |
| Kimberly C Giganti / Michael A. Giganti | 338 | $200,000.00 | Secured | General Unsecured Claim | The Debtors do not own the real estate at issue which allegedly secures this claim. The claim should therefore be recategorized as a GUC. |
| Leighton, Stacy J | 177 | $15,150.00 | Secured | General Unsecured Claim | Claim is for employee compensation and not secured by any collateral. The claim should therefore be recategorized as a GUC. |
| Lynx Whole Loan Acquisition LLC | 275 | $314,550.47 | Secured | Disallow | The claim does not match the Debtors' books and records, which reflect no liability. |
| Mississippi Department of Revenue | 178 | $1,423.00 | Priority | Disallow | 2022 tax return shows no liability |
| North Carolina Office of the Commissioner of Banks | 293 | $5,056.45 | Priority | Disallow | 2022 tax return shows no liability |
| Oregon Department of Revenue | 335 | $2,012.62 | Priority | Disallow | 2022 tax return shows no liability |
| Texas Comptroller of Public Accounts | 100 | $2,000.00 | Priority | Disallow | 2022 tax return shows no liability |