# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Liquidating Debtors. | (Jointly Administered) |

### EXHIBIT AND WITNESS LIST OF RELATOR KARI CRUTCHER
### FOR THE HEARING ON DECEMBER 21, 2023 AT 10:00 A.M. (ET)

**PLEASE TAKE NOTICE** that Ms. Kari Crutcher, by and through undersigned counsel, hereby submit this Exhibit List in connection with the hearing scheduled for **December 21, 2023 at 10:00 a.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "**Hearing**"), at which time the following motion (the "**Motion**") will be heard:

- *Motion to Enforce Confirmation Order* [Docket No. 1017].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation ("FGMC") (9575); and Maverick II Holdings, LLC ("Maverick") (5621). The service address for FGMC is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.

IMPAC 11217696v.1

## **EXHIBITS**

Ms. Crutcher designates the following exhibits that may be used at the Hearing in connection with the Motion:

| Exhibit No. | Docket No. | Description |
|---|---|---|
| A | 1070 | *Reply of the PIMCO Parties in Further Support of their Motion to Enforce the Confirmation Order Against the Proposed Third Amended Complaint in the Qui Tam Litigation* |
| B | 1062 | *Relator's Response to the PIMCO Parties' Motion to Enforce* |
| C | 1062-1 | *Revised Proposed Third Amended Complaint* |
| D | 1032 | *Order (I) Denying the PIMCO Parties' Motion for Contempt; and (II) Setting Deadline* |
| E | 1028 | *Transcript Regarding Hearing Held November 2, 2023 re: Motion for Contempt* |
| F | 951 | *Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order* |
| G | Qui Tam Dkt. 108 | *MOTION for Leave to File motion to dismiss and Third Amended Complaint by Kari Crutcher.* |
| H | Qui Tam Dkt. 108-1 | Proposed Third Amended Complaint |
| I | Qui Tam Dkt. 108-2 | Redline of Third Amended Complaint Against the Operative Complaint |

Ms. Crutcher also cross designates all exhibits or witnesses designated by the PIMCO Parties in connection with the Motion and reserves the right to use additional exhibits or witnesses for rebuttal or impeachment purposes. Ms. Crutcher reserves the right to amend or supplement this exhibit list prior to the Hearing.

IMPAC 11217696v.1

Dated: December 19, 2023

*/s/ Jesse L. Noa*

Jesse L. Noa (No. 5973)
R. Stephen McNeill (No. 5210)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: jnoa@potteranderson.com
rmcneill@potteranderson.com
abrown@potteranderson.com

*Counsel for Kari Crutcher*